IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFERY L. POPE,

        Plaintiff,

v.                                                                               4:04cv168-WS

OFFICER SAMUEL MASON,

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed August 8, 2006.  See Doc. 68.  The magistrate judge recommends that the defendant's motion for summary judgment be granted.  The plaintiff has filed objections (doc. 70) to the report and recommendation.

Having considered the record in light of the plaintiff's objections, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

2.  The defendant's motion for summary judgment (docs. 54 & 56) is hereby GRANTED.

3. The clerk is directed to enter judgment in the defendant's favor on all claims.

DONE AND ORDERED this   31st   day of   August  , 2006.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE